**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CR 688 |
| v ) | |
| ) | |
| JOSEPH JOSE BANKS, ) | The Honorable Rebecca |
| ) | Pallmeyer |
| Defendant. ) | |

**MOTION TO WITHDRAW**

Defendant, JOSEPH JOSE BANKS, by his counsel, Thomas More Leinenweber, and for his counsel's Motion to Withdraw, states as follows:

1. This matter involves a criminal case brought against the defendant charging him with five counts of bank robbery, in violation of 18 U.S.C. §2133(a).

2. Counsel was appointed to represent Defendant on December 18, 2008, replacing Marc Barnett. This matter is set for trial on January 11, 2010.

3. Due to irreconcilable differences which have arisen between the undersigned and his client, the undersigned will be unable to effectively and properly continue representing the defendant herein.

4. Counsel believes that because of the forgoing, a new attorney for the Defendant would be better able to represent the defendant in the trial of this matter.

WHEREFORE, Thomas More Leinenweber, counsel for Defendant, JOSEPH JOSE BANKS, respectfully requests that this Honorable Court allow him to withdraw his appearance as counsel for Mr. Banks.

Respectfully submitted,

-2-

Leinenweber Baroni & Daffada LLC


By:s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber Baroni & Daffada LLC
190 South LaSalle, Suite 850
Chicago, Illinois 60603
(866) 786-3705