UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 688 |
| vs. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| JOSE BANKS | ) | |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW Defendant, JOSE BANKS ("Mr. Banks"), and moves this Honorable Court to withdraw the appearance of his current attorney, Jerry D. Bischoff, and substitute attorneys, Beau B. Brindley and Michael J. Thompson, to represent him throughout the remainder of this proceeding.

Respectfully submitted,

BEAU B. BRINDLEY

By: s/Beau B. Brindley

Beau B. Brindley
LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1001
Chicago, Illinois  60604
(312) 765-8878 (Phone)
(312) 276-8040 (Fax)

**Certificate of Service**

The undersigned, an attorney, certifies that he caused a true and correct copy of the attached MOTION TO SUBSTITUTE COUNSEL to be served upon the government by electronically serving it through the CM/ECF system on April 12, 2011 on:

>Edward N. Siskel, Esq.
>Assistant United States Attorney
>219 South Dearborn Street
>Chicago, Illinois  60604

By:  s/ Beau B. Brindley

Beau B. Brindley
LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1001
Chicago, Illinois  60604
(312) 765-8878