# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

UNITED STATES OF AMERICA

                                         Plaintiff,

v.                                                          Case No.: 1:08–cr–00688
                                                         Honorable Rebecca R. Pallmeyer

Joseph Jose Banks

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 27, 2012:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Joseph Jose Banks: Ruling held and continued to 12/5/2012 at 10:00 AM. Jury Trial set for 12/6/2012 is stricken and reset to 12/5/2012 at 12:00 PM. U.S. Marshals Service to bring Defendant to court using such force as necessary. Mailed notice (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.